IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| UNITED STATES | : | |
|---|---|---|
| | : | |
| v. | : | Case No. DLB-21-0348 |
| | : | |
| BRIAN MCQUADE, | : | |
| | : | |
| Defendant | : | |

ORDER MODIFYING CONDITIONS OF RELEASE

Based on the death of Elizabeth McQuade and the medical condition of Brian McQuade, and with no objection from the United States Probation Office or U.S. Attorney's Office, it is this <u>7th</u> day of August 2023, hereby ORDERED that the condition imposed January 25, 2023, in ECF No. 39, placing Mr. McQuade in the third-party custody of his wife is hereby removed. Counsel for Mr. McQuade is to notify Pretrial Services of any change in his residence.

_____
HON. DEBORAH L. BOARDMAN
United States District Judge