**OFFICE OF THE FEDERAL PUBLIC DEFENDER**
**DISTRICT OF MARYLAND**

NORTHERN DIVISION
TOWER II, NINTH FLOOR
100 SOUTH CHARLES STREET
BALTIMORE, MARYLAND  21201-2705
TEL: (410) 962-3962
FAX: (410) 962-3976
TOLL FREE: (855) 213-8450
EMAIL: Katherine_Newberger@fd.org

JAMES WYDA
FEDERAL PUBLIC DEFENDER

KATHERINE TANG NEWBERGER
FIRST ASSISTANT FEDERAL PUBLIC DEFENDER

August 30, 2023

Filed via ECF

Hon. Deborah L. Boardman
U.S. District Court
65400 Cherrywood Lane
Greenbelt, MD 20770

> Re:    United States v. Brian McQuade
>        Criminal Case No. DLB-21-0348

Dear Judge Boardman:

I write on behalf of the parties to provide a status report in this matter.  On August 16, 2023, I provided Government counsel with an expert report by Dr. Thomas Hyde, opining that Mr. McQuade is not competent to proceed and suffering from a progressive neurodegenerative disorder from which he will not recover.  Mr. McQuade remains at a nursing home, extremely frail and unable to ambulate on his own.

The parties request an additional 45 days for Government counsel and Dr. O'Connell to continue to review Dr. Hyde's report and the voluminous medical records that defense counsel has provided so that the parties can discuss how to proceed under the circumstances.  We propose providing another status report to the Court in 45 days.  Counsel will update the Court before then should Mr. McQuade's condition change.

Respectfully,

/s/

Katherine Tang Newberger
First Assistant Federal Public Defender