IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. DLB-21-348 |
| | * | |
| BRIAN MCQUADE, | * | |
| | * | |
| Defendant. | * | |
| | ****** | |

## MOTION TO SEAL

The United States of America, through its attorney Jessica Collins, respectfully moves this Honorable Court for an order placing under seal the Proposed Sealed Document (the Government's Consent Motion to Designate Examiner for Evaluation Pursuant to 18 U.S.C. § 4241 and proposed order) because it includes sensitive information about the Defendant's medical condition. A redacted version is being filed publicly.

**WHEREFORE**, the Government respectfully requests that the Proposed Sealed Document be placed under seal.

Respectfully submitted,

Erek L. Barron
United States Attorney

By: _____/s/_____
Jessica C. Collins
Assistant United States Attorney

It is so ORDERED, this _____ day of _____, 2023.

_____
Honorable Deborah L. Boardman
United States District Judge