IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. DLB-21-0348 |
| | * | |
| BRIAN MCQUADE | * | |
| | * | |
| ****** | | |

## JOINT STATUS REPORT

The United States of America, by and through its attorneys, having conferred with counsel for Defendant Brian McQuade as to all of these points, hereby files this Joint Status Report:

1. On September 2, 2021, a grand jury returned an indictment charging the Defendant with wire fraud, in violation of 18 U.S.C. § 1343.

2. On October 14, 2022, the Defendant, through counsel, filed a motion for a hearing on his competency in accordance with 18 U.S.C. § 4241(a).  ECF No. 34.  On December 6, 2022, the Court entered an order designating Dr. Michael O'Connell to conduct a psychological examination of the Defendant pursuant to 18 U.S.C. §§ 4241 and 4247.  On or about December 13, 2022, Dr. O'Connell provided a report to the Court and counsel for the parties in which Dr. O'Connell concluded, at that time, that the Defendant was competent to stand trial.

3. During a proceeding on January 25, 2023, the Defendant provided notice that he was taking the position that he was not competent to stand trial and would seek further proceedings on this issue.

4. Medical records provided by Defense Counsel documented that Mr. McQuade was hospitalized in early March 2023 and again from April 22 to May 17, 2023, and has resided in skilled nursing facilities since.

5. On August 16, 2023, defense counsel provided an expert report from Dr. Thomas

1

Hyde. Dr. Hyde opined, among other things, that the Defendant is incompetent to continue participation in ongoing legal proceedings, the Defendant has a progressive neurodegenerative disorder, and the Defendant's condition would worsen over coming months.

6. On October 5, 2023, the Court ordered Dr. O'Connell to conduct an additional psychological examination of the Defendant pursuant to 18 U.S.C. §§ 4241 and 4247. On October 18, 2023, Dr. O'Connell submitted a forensic psychological evaluation report in which Dr. O'Connell found that the Defendant met the diagnostic criteria for Major Neurocognitive Disorder due to Multiple Etiologies, to include stroke and a neurodegenerative disorder, and that there is a consensus he has a neurodegenerative disease that is irreversible. Dr. O'Connell concluded that the Defendant is presently incompetent to stand trial.

7. As reflected in Dr. O'Connell's report, the Defendant is in a skilled nursing facility, bedbound, receiving hospice care, and has marked difficulties sustaining arousal and attention as well as communicating. As a result of these circumstances, the Defendant is physically unable to attend court proceedings and is medically unavailable within the meaning of 18 U.S.C. §§ 3161(h)(3)(A) and (4).

8. On November 1, 2023, the Court held a telephonic status conference. Consistent with this conference, the parties propose to provide status reports to the Court at three-month

intervals, with the next status report to be due on February 1, 2024. Defense counsel will update the Court should the Defendant's condition change before that date.

                                    Respectfully submitted,

                                    Erek L. Barron
                                    United States Attorney

By:            /s/
                                    Jessica C. Collins
                                    Adam K. Ake
                                    Assistant United States Attorneys